FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0046

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 23-0045

STAND UP MONTANA, a Montana
non-profit Corporation; CLINTON
DECKER; MORGEN HUNT; GABRIEL
EARLE; ERIC PRATHER; BRADFORD
CAMPBELL; MEAGAN CAMPBELL;
AMY ORR and JARED ORR,

Plaintiffs/Appellants,

v.

MISSOULA COUNTY PUBLIC
SCHOOLS, ELEMENTARY DISTRICT
NO. 1, HIGH SCHOOL DISTRICT NO.
1, MISSOULA COUNTY, STATE OF
MONTANA; TARGET RANGE
SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,

Defendants/Appellees.

## ORDER GRANTING APPELLEE'S FIRST UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER BRIEF

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-21-1031
Before Hon. Jason Marks

1

Quentin M. Rhoades
RHOADES & ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalawyer.com
courtdocs@montanalawyer.com
*Attorney for Appellants*

Elizabeth A. Kaleva
Kevin A. Twidwell
Elizabeth A. O'Halloran
KALEVA LAW OFFICES
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 59807
Telephone: (406) 542-1300
eakaleva@kalevalaw.com
ktwidwell@kalevalaw.com
bohalloran@kalevalaw.com
*Attorneys for Appellees*

Upon motion of the Appellees, and for good cause shown,

IT IS HEREBY ORDERED that Appellee's motion is GRANTED. Appellees shall have up to June 29, 2023 in which to file their answer brief.

ELECTRONICALLY SIGNED AND DATED BELOW

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 2 2023